UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA THREADGILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 02-2232 (RCL) |
| ) | |
| MARGARET SPELLINGS[1], SECRETARY, ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the briefs of the parties, the record below, the law, and the memorandum opinion issued this date, it is

ORDERED that Defendant's Motion for Summary Judgment [20] & [22] is DENIED.

SO ORDERED

Signed by Royce C. Lamberth, United States District Judge, on July 15, 2005.

---

[1] Substituted pursuant to Federal Rules of Civil Procedure 25d.