UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA THREADGILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 02-2232 (RCL) |
| ) | |
| **MARGARET SPELLINGS,** ) | |
| Secretary, U.S. Department of Education, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **JUDGMENT**

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Judgment be entered in favor of defendant Secretary of the Department of Education, and against plaintiff Gloria Threadgill. It is further

ORDERED that the above-captioned case be dismissed with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, U.S. District Judge, June 13, 2006.